*Thursday, October 26, 1995*

## MERIT DOCKET

95-2043. State ex rel. Sweep Out Forest Park v. Forest Park City Council. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration of respondents' motion to dismiss,

IT IS ORDERED by the court, *sua sponte,* that this cause be, and hereby is, dismissed, effective October 23, 1995.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

## MOTION DOCKET

93-7. State v. Williams. *Butler County,* Nos. CA91-04-060 and CA92-06-110. On motion for stay of execution. Motion granted.

94-483. State v. Mack. *Cuyahoga County,* No. 62366. On motion for stay of execution pending decision on petition for certiorari to the United States Supreme Court. Motion granted.

94-498. State v. Burke. *Franklin County,* No. 90AP-1344. On motion for stay of execution. Motion granted.

94-681. State v. Frazier. *Cuyahoga County,* No. 62557. On motion for stay of execution. Motion granted.